# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY DON EVANS,<br><br>         Petitioner,<br> vs.<br>JAMES TILTON, Secretary; V.M ALMAGER, Warden,<br><br>         Respondents. | CASE NO. 07cv791-JM (BLM)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Petitioner, proceeding pro se, filed a § 2254 habeas petition on May 1, 2007. He challenges his conviction for two counts of second-degree robbery in violation of California Penal Code § 211. Concurrent with his habeas petition, the Petitioner filed a Motion to Stay and Abey in order to exhaust state remedies, Doc. No. 3, followed by a Request for Leave to File First Amended Petition, Doc. No. 15, and a Request for Extension of Time to File Second Amended Petition, Doc. No. 17. On November 21, 2007, Magistrate Judge Barbara L. Major issued a Report and Recommendation (R&R) recommending that the court deny the Petitioner's Motion to Stay and Abey as moot, deny the Petitioner's Request for Leave to File First Amended Petition as moot, and deny Petitioner's Request for an Extension of Time to File Second Amended Petition as moot. The Petitioner did not file any timely objections.

///

///

///

1    Having carefully considered the thorough and thoughtful R&R, the record before the court,
2 the absence of any objections to the R&R, and applicable authorities, the court adopts the R&R in its
3 entirety. The motions are therefore **DENIED** as moot.
4    **IT IS SO ORDERED.**
5 DATED:  January 23, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:    All parties