UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY DON EVANS, | Case No. 07cv0791-JM (BLM) |
|     Petitioner, | **ORDER GRANTING RESPONDENT'S MOTION FOR ENLARGEMENT OF TIME** |
| v. | |
| JAMES E. TILTON, Secretary, | [Doc. No. 30] |
|     Respondent. | |

On May 14, 2008, Respondent in the above matter requested an extension of time in which to file his Answer. In support, Respondent's attorney cited conflicts with other cases, and that further time was necessary to gather state court records and prepare his response. Respondent's motion is **GRANTED** as follows.

1. Respondent shall file and serve an answer to the petition, <u>as well as points and authorities in support of such answer,</u> no later than **June 13, 2008**. At the time the answer is filed, Respondent shall lodge with the Court all records bearing on the merits of Petitioner's claims. The lodgments shall be accompanied by a notice of lodgment which shall be captioned "**Notice of Lodgment in 28 U.S.C. § 2254 Habeas Corpus Case - To be Sent to Clerk's Office**." Respondent shall not combine separate pleadings, orders or other items into a combined lodgment entry. Each

item shall be numbered separately and sequentially.

2. Petitioner may file a traverse to matters raised in the answer no later than **July 11, 2008**. Any traverse by Petitioner shall (a) state whether Petitioner admits or denies each allegation of fact contained in the answer; (b) be limited to facts or arguments responsive to matters raised in the answer; and (c) shall not raise new grounds for relief that were not asserted in the petition. Grounds for relief withheld until the traverse will not be considered. No traverse shall exceed ten (10) pages in length absent advance leave of Court for good cause shown.

3. A request by a party for an extension of time within which to file any of the pleadings required by this Order should be made in advance of the due date of the pleading, and the Court will grant such a request only upon a showing of good cause. Any such request shall be accompanied by a declaration under penalty of perjury explaining why an extension of time is necessary.

4. Unless otherwise ordered by the Court, this case shall be deemed submitted on the day following the date Petitioner's opposition to a motion to dismiss and/or his traverse is due.

5. Every document delivered to the Court must include a certificate of service attesting that a copy of such document was served on opposing counsel (or on the opposing party, if such party is not represented by counsel). Any document delivered to the Court without a certificate of service will be returned to the submitting party and disregarded by the Court.

///
///
///
///

9. Petitioner shall immediately notify the Court and counsel for Respondent of any change of Petitioner's address. If Petitioner fails to keep the Court informed of where Petitioner may be contacted, this action will be subject to dismissal for failure to prosecute.

**IT IS SO ORDERED.**

DATED: <u>May 15, 2008</u>

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE JEFFREY T. MILLER
U.S. DISTRICT JUDGE

ALL COUNSEL